UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

FEB - 6 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA						PLAINTIFF

V.			**MOTION OF UNITED STATES**
			**FOR ISSUANCE OF SUMMONS**

AUSTIN EDWARD NEDVED						DEFENDANT
	aka USMC1991,
	aka NEDVEDTECHNOLOGIES,
	aka THATWHITECOLLARTHUGLYFE, and
	aka JIMMYGLYNN494159

* * * * *

The United States moves for the issuance of summons for the presence of the Defendant, AUSTIN EDWARD NEDVED, to answer the felony charges returned by the Grand Jury on February 6, 2019.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov