# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON



**CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

V.        **ORDER FOR ISSUANCE OF SUMMONS**

**AUSTIN EDWARD NEDVED**            **DEFENDANT**
     **aka USMC1991,**
     **aka NEDVEDTECHNOLOGIES,**
     **aka THATWHITECOLLARTHUGLYFE, and**
     **aka JIMMYGLYNN494159**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, AUSTIN EDWARD NEDVED, to APPEAR in United States District Court at Lexington, Kentucky, on _February 19_, 2019, at _1:00 p.m._, and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this _7th_ day of _February_, 2019.

_Joseph M. Hood_

Copies: United States Marshal
United States Probation
Kathryn Anderson, Assistant United States Attorney
Kenneth R. Taylor, Assistant United States Attorney