UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
**CRIMINAL MINUTES –INITIAL APPEARANCE AND ARRAIGNMENT**

Lexington Case No. 19-10-JMH-MAS-2    At  Lexington        Date  February 19, 2019

USA vs Austin Edward Nedved      X  present   ___ custody   ___ bond   X  OR   Age ___.

DOCKET ENTRY: Parties appeared as noted for Arraignment. Attorney Derek G. Gordon appeared as retained counsel for the purposes of this hearing only. Mr. Gordon shall FILE a Notice of Appearance within 14 days, if he intends to represent Mr. Nedved in this matter. The United States did not seek pretrial detention and the defendant shall remain on release pursuant to the Order Setting Conditions of Release.

PRESENT:  HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| Genia Denisio | Linda Mullen | None | Kathryn Anderson/Kenneth Taylor |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  Derek G. Gordon      X present    X  retained    ___ appointed

**PROCEEDINGS:  INITIAL APPEARANCE AND ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Superseding Indictment given to the defendant. |
| X | Defendant states true name is as stated on Superseding Indictment. |
| X | Defendant advised the Court that he/she will retain counsel. |
|   | Defendant request that the Court appoint counsel. |
| X | Financial Affidavit previously executed & filed. |
| X | Court FINDS defendant does NOT QUALIFY for Court Appointed Counsel under provision of CJA. |
|   | Ordered __ is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant waived formal arraignment |
| X | Defendant waives reading of Superseding Indictment - Information.   ___ Indictment - Information read. |
|   | Defendant pleads _____ Guilty to Counts.  x Not guilty to Counts - ALL |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Pretrial motions to be filed pursuant to Court's pretrial order to be entered. |
| X | Court assigned for JURY TRIAL on **AUGUST 7, 2019 AT 9:00 A.M.,** before Judge Joseph M. Hood. The estimated length of trial is **two (2) weeks.** |
| X | Defendant released on conditions. |
|   | Defendant remanded to custody of the USM. |

Copies:  COR, USP, USM, D,JC

Initials of Deputy Clerk     gld
TIC: /5 min