UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

ACTION NO: 5:19-CR-00010-JMH-MAS

UNITED STATES OF AMERICA                        PLAINTIFF

VS.

AUSTIN NEDVED                                          DEFENDANT

## ENTRY OF APPEARANCE

**********

Comes the undersigned counsel, HON. DEREK G. GORDON, of Anggelis & Gordon, PLLC, 231 Lexington Avenue, Lexington, Kentucky 40508, and hereby informs this Court that he enters his appearance on behalf of the above-named defendant, Austin Nedved, in the above-styled action. Undersigned respectfully requests that all correspondence be forwarded to him regarding Mr. Nedved in the above-styled case.

WHEREFORE, HON. DEREK G. GORDON moves for an Order from this Honorable Court recognizing him as attorney for the above-named Defendant.

                                              Respectfully Submitted,

                                              BY:/s/ Derek G. Gordon
                                                  Derek G. Gordon
                                                    ANGGELIS & GORDON
                                                    231 LEXINGTON AVENUE
                                                    LEXINGTON, KY 40508
                                                    (859) 255-7761

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2019, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the office of the United States Attorney's Office for the Eastern District of Kentucky for delivery to the appropriate Assistant United States Attorney.

/s/ Derek G. Gordon
Derek G. Gordon