## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**ACTION NO: 5:19-CR-00010-JMH-MAS**

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**VS.**

**AUSTIN NEDVED**                                          **DEFENDANT**

## PROPOSED ORDER

**\*\*\*\*\*\*\*\*\*\***

Upon consideration of HON. DEREK G. GORDON's Entry of Appearance for the above-named Defendant, Austin Nedved, in the above-styled matter, it is **ORDERED** that HON. DEREK G. GORDON, of Anggelis & Gordon, PLLC, located at 231 Lexington Avenue, Lexington, KY 40508, is now assigned as counsel for Mr. Austin Nedved in the above-styled matter.


_____
United States District Court Judge for the
    Eastern District of Kentucky

Tendered By,

ANGGELIS & GORDON, PLLC
231 Lexington Avenue
Lexington, Kentucky 40508
(859) 255-7761

By:/s/ Derek G. Gordon
HON. DEREK G. GORDON