UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | 19-cr-010-JMH-MAS-2 |
| | ) | |
| AUSTIN EDWARD NEDVED, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*

Attorney Derek G. Gordon filed an entry of appearance on behalf of Defendant Austin Edward Nedved. [DE 79]. A proposed order to assign Mr. Gordon as counsel was attached to the entry of appearance. [DE 79-1]. It is unclear what relief, if any, Mr. Gordon seeks through the proposed order.

It appears that Mr. Gordon is representing Mr. Nedved as retained counsel. As a result, the entry of appearance is sufficient to put the Court on notice of Mr. Gordon's representation of Mr. Nedved. Of course, Mr. Nedved may hire an attorney of his choice to represent him in this action.

Previously, the Court denied Mr. Nedved court-appointed counsel because the financial affidavit submitted by Mr. Nedved indicated that he had sufficient financial resources to hire an attorney. [DE 61; DE 62]. To the extent that Mr. Gordon seeks to be appointed as CJA counsel, he will need to explicitly move for

1

such relief and provide an affidavit indicating that Mr. Nedved lacks sufficient financial resources to hire counsel.

Accordingly, having reviewed proposed order, **IT IS ORDERED** that the proposed order to assign Derek G. Gordon as counsel [DE 79-1] is **DENIED AS MOOT**.

This is the 5th day of March, 2019.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge