# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO. 19-10-JMH**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.    **MOTION OF UNITED STATES** **FOR ENTRY OF PROTECTIVE ORDER** | |
| **AUSTIN EDWARD NEDVED** | **DEFENDANT** |

\* \* \* \* \*

    The United States, having obtained an agreement from counsel for the above-named Defendant, who has reviewed and agreed to the attached proposed Agreed Protective Order, moves the Court to enter the attached Agreed Protective Order, which will govern the handling by Defendant of the discovery provided by the United States.

    Respectfully submitted,

    ROBERT M. DUNCAN, JR.
    UNITED STATES ATTORNEY

By:  /s/ Kathryn M. Anderson
      Kathryn M. Anderson
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4885
      Kathryn.Anderson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On March 15, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

>Derek Gordon
>Counsel for AUSTIN EDWARD NEDVED

<u>s/ Kathryn M. Anderson</u>
Assistant United States Attorney