UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Case No. |
| v. | ) | 19-CR-10-JMH-MAS-2 |
| | ) | |
| AUSTIN EDWARD NEDVED | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

***

On the Court's own motion,

The Court conducted the Initial Appearance and Arraignment for the defendant, Austin Edward Nedved, on February 19, 2019. This case was previously declared complex pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii).  The Court scheduled this matter for Jury Trial on August 7, 2019 with the other co-defendant before the Court.

THEREFORE, IT IS ORDERED that the Court FINDS the period of delay in scheduling this trial outweighs the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C.§ 3161(h)(7)(A), due to the nature of the prosecution, and voluminous discovery. The Jury Trial in this case is set outside of the seventy (70) days and the time is excluded from April 30, 2019, (70 days from the Initial Appearance), until August 7, 2019, the trial date.  Further, the Court FINDS that all

1

defendants are joined for trial and no motions to sever have been filed or granted.

This the 28th day of March, 2019.

 **Signed By:**

**_Joseph M. Hood_**

**Senior U.S. District Judge**