UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 19-10-JMH

UNITED STATES OF AMERICA                                                            PLAINTIFF

V.                         **NOTICE BY UNITED STATES OF
                           AGREED DISCOVERY TIMELINE**

AUSTIN EDWARD NEDVED                                                                DEFENDANTS
ANDREW GILBERT YBARRA II

\* \* \* \* \* \*

The United States gives notice that, after consultation with defense counsel for the above-named Defendants, the parties have agreed that by April 8, 2019, the United States will produce the discovery materials to the Defendants.

The United States has already provided both of the above-named Defendants with a summary report.

Given this agreed-upon timeline, the United States respectfully requests the Court to enter a Pretrial Order governing the deadlines for discovery, motions, and pretrial filings, including this agreed-upon timeline and that filed as against Defendant Beniamin-Filip Ologeanu [DE 75].

Respectfully Submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:   s/ Kathryn M. Anderson
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4885
      Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

On April 1, 2019, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

>Derek Gordon
>Counsel for AUSTIN EDWARD NEDVED
>
>J. Clark Baird
>Counsel for ANDREW GILBERT YBARRA II

>>s/ Kathryn M. Anderson
>>Assistant United States Attorney